COMEY, Appellant, v. SCHATTMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by John F. Comey against Jacob Schattman and another. W. Hauser, for appellant. B. Lewinson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COMMERCIAL ADVERTISER ASS'N, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Action by the Commercial Advertiser Association against the City of New York. T. Connoly, for appellant. H. Taylor, for respondent. No opinion. Judgment modified, as stated in order, and, as modified, affirmed, with costs to respondent. Order filed.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. HARTIGAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Mary McMullen, against Timothy Hartigan. No opinion. Order of the Court of Special Sessions affirmed, with costs.

CONKEY v. WATERS et al. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by James Conkey against Frank Waters and others, as members of the Town Board of Ridgeway, and the Town of Ridgeway.

PER CURIAM. Plaintiff's application for an injunction denied, and judgment directed for the defendants upon the submission, without costs, determining that a vacancy exists in the office of town superintendent of highways of the town of Ridgeway, and that the town board has authority to fill the same.

CONKLING, Appellant, v. KRANDUSKY, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Robert A. Conkling against Josephine Krandusky.

PER CURIAM. Judgment affirmed, with costs. See opinion by Spring, J., on former appeal in same case, reported at 127 App. Div. 761, 112 N. Y. Supp. 13.

McLENNAN, P. J., and KRUSE, J., dissent, on the grounds stated in the opinion by McLENNAN, P. J., on the former appeal.

CONLON, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by William J. Conlon against the Westinghouse, Church, Kerr & Company. No opinion. Judgment and order affirmed, with costs.

COOPER v. WISSELTHIER et al. (Supreme Court, Appellate Division, First Department. June 3, 1910.) Appeal from Special Term, New York County. Action by Hene Cooper against Jossef Wisselthier and others.

From portions of an order directing payments out of the funds in the hands of a receiver in mortgage foreclosure proceedings, defendants Gustav Lange and another appeal. Modified and affirmed. See, also, 120 N. Y. Supp. 1119. Gustav Lange, Jr., for appellants. Charles Firestone, for respondent.

PER CURIAM. Order appealed from modified, by reducing the amount of the receiver's commissions from $96.05 to $68.84, being 5 per cent. of the amount collected, $1,376.75, and by striking out as a necessary disbursement $119.-48, claimed to have been paid as insurance premiums, and, as so modified, affirmed, with costs to the appellant.

CORBETT, Respondent, v. FLEMING et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1910.) Action by Josephine Corbett against Peter C. Fleming. H. S. Curtis, for appellants. I. Paine, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 287.

COWLEY, Respondent, v. FABIEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Margaret A. Cowley against Remy Fabien, doing business as R. Fabien & Co.

PER CURIAM. Judgment and order affirmed, with costs.

BURR and CARR, JJ., dissent.

CRONIN, Respondent, v. MANHATTAN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Patrick A. Cronin against the Manhattan Transit Co. J. H. McCrahon, for appellant. A. K. Wing, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 124 App. Div. 543, 108 N. Y. Supp. 963.

CRONK v. CRANDALL. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Adelbert D. Cronk against Margaret I. Crandall, individually and as surviving partner, etc., and others; Clayton G. Landis and others appealing. No opinion. Motion granted to resettle order entered herein on March 9, 1910. See, also, 137 App. Div. 440, 121 N. Y. Supp. 805.

CROSS, AUSTIN & IRELAND LUMBER CO., Respondent, v. ETHERINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Cross, Austin & Ireland Lumber Company against Walter J. Etherington. No opinion. Motion to dismiss appeal denied, without costs.

CROSS, AUSTIN & IRELAND LUMBER CO., Respondent, v. ETHERINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the Cross, Austin & Ireland Lumber Company against Walter J. Etherington. No opinion. Order affirmed, with $10 costs and disbursements.